

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721−1318

(559) 499−5800
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**8/26/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

tsef

# ORDER RE CHAPTER 11 STATUS CONFERENCE AND NOTICE THEREOF

Case Number:  11−19212 − B − 11

Debtor Name(s) and Address(es):

Merced Falls Ranch
264 I Street
Los Banos, CA 93635

Pursuant to 11 U.S.C. § 105(d), the Court orders that principal bankruptcy counsel for the debtor and counsel for the creditors' committee (if any) appear for a status conference on the following date, time and place:

DATE & TIME:   September 27, 2011 at 9:00 a.m.
PLACE:         U.S. Bankruptcy Court
               Department B, Courtroom 12, 5th Floor
               2500 Tulare Street
               Fresno, CA

In addition, the United States Trustee and any creditor or party in interest is invited to attend. The purpose of the conference is to expedite the chapter 11 case by establishing early and continuing control, to discourage wasteful litigation activities, and to facilitate settlement of disputed matters.

At the status conference, principal bankruptcy counsel for the debtor is to appear personally and is directed to be prepared to advise the court concerning the following:

1. Motions for relief from stay which are pending or which have already been acted upon.
2. Motions under Bankruptcy Code § 365(d)(3) or (4) which are pending or which have already been acted upon.
3. The status of any stipulations or motions for use of cash collateral or the obtaining of credit.
4. Whether the proper employment of professionals has been accomplished.
5. Any pending motions by or against the debtor to convert or dismiss the chapter 11 case, or to appoint a chapter 11 trustee.
6. Debtor's intentions concerning a reorganization plan, including a realistic time table for filing a disclosure statement and a plan and for setting hearings on both.
7. The timely filing of monthly operating reports, the establishment of debtor−in−possession bank accounts, payment of United States Trustee's fees and proof of adequate insurance.
8. Any other matters which might materially affect the administration of this chapter 11 case.

Written status conference statements are welcome but not required. Any such statements should be filed at least seven (7) days before the status conference and served upon the United States Trustee, any committee appointed pursuant to Bankruptcy Code § 1102 or its authorized agents, or if no such committee is appointed, the creditors referred to in the list filed pursuant to Federal Rule of Bankruptcy Procedure 1007(d), and all creditors and other parties in interest who have requested special notice in this case.

**This is notice that** the court may, sua sponte, at the status conference, order the case dismissed or converted to chapter 7, or may order the appointment of a chapter 11 trustee.

Dated:
8/26/11

For the Court,
Wayne Blackwelder , Clerk