FILED
September 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003779500

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@W2LG.com

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 11-19212 |
|---|---|
| MERCED FALLS RANCH, LLC, | Chapter 11 |
| Debtor in Possession. | Date:  September 27, 2011<br>Time:  9:00 a.m.<br>Place: 2500 Tulare Street<br>       Courtroom 12<br>       Fresno, CA 93721 |
| Tax ID#: 56-1802682<br>Address: 264 I Street<br>         Los Banos, CA 93635 | Judge: Honorable W. Richard Lee |

**FIRST CHAPTER 11 STATUS CONFERENCE REPORT**

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

Merced Falls Ranch, LLC, by counsel, respectfully comes before the Court and provides the following Chapter 11 Status Conference Report as follows:

1.      The Debtor is a Limited Liability Company.  It owns three ranches in Merced County, two of which have very valuable water rights connected with the ranches.  The Debtor is engaged in the business of leasing its ground for cattle grazing, crop share arrangement on farming, rentals of duck blinds, and the sale and development of water rights.

2.      Before the Petition was filed on August 16, 2011, the Debtor was embroiled in contentious litigation with American AgCredit.  American AgCredit asserts

-1-

a claim against the Debtor for approximately $11.3 million, which is secured by the three ranches. The appraised value of the three ranches is $339 million. American AgCredit was in the process of foreclosing on the ranches and a lawsuit was filed by the Debtor against American AgCredit in Merced County based on theories of lender liability seeking $100 million of damages. The Debtor's request for a preliminary injunction was denied, which then led to the pending Chapter 11 case.

3. The State Court litigation is still pending and the parties have agreed to a brief standstill agreement.

4. At present there are no cash collateral issues in this case because the rents will not be received until later in the year. It is acknowledged that American AgCredit does have a security interest in most of the expected rent proceeds.

5. The Debtor is continuing to market its properties in an effort to sell the same. There is considerable interest in the assets.

6. Walter & Wilhelm Law Group has been employed as bankruptcy counsel and Atherton & Associates has been employed as accountants for the Debtor.

7. An Application for Authority to Employ Special Counsel has been filed and is set for hearing on October 13, 2011 at 9:00 a.m.

8. There are no known pending Motions for Relief from Stay.

9. There are no pending Motions to Dismiss, Convert or Appoint a Chapter 11 Trustee.

10. The Debtor has participated in the initial debtor interview with the U.S. Trustee's Office. The Meeting of Creditors is set for September 20, 2011.

11. The Debtor is current on filing its Monthly Operating Reports.

12. The Debtor will appear through counsel at the Chapter 11 Status Conference and be prepared to answer questions as may be asked and at which time counsel will

-2-
FIRST CHAPTER 11 STATUS REPORT

request and suggest that the Chapter 11 Status Conference be continued approximately 90 days at which time the Debtor will make a further report on its efforts to reorganize.

Dated: September 19, 2011

WALTER & WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter Attorneys for Debtor in Possession